AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) |
| RYAN WILLIAMS | ) Case No. 3:17-cr-81 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

SEALED

=FILED=

OCT 13 2017

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RYAN WILLIAMS ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to distribute heroin, over 1 kilogram
18:2 Aiding and abetting
21:841(a)(1) Distribution of heroin

Date: 10/12/2017

*Issuing officer's signature*

City and state: South Bend, IN

Robert N. Trgovich, Clerk (rmc)
*Printed name and title*

### Return

This warrant was received on *(date)* 10-12-17 , and the person was arrested on *(date)* 10-13-17
at *(city and state)* South Bend, IN .

Date: 10-13-17

*Arresting officer's signature*

David Ahlbrehen S/A
*Printed name and title*