# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

**UNITED STATES OF AMERICA**

-vs-  Case No.   3:17-CR-81-JD

**RYAN WILLAIMS**

## ORDER OF DETENTION

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The Court finds that no condition or combination 18 U.S.C. §3156(a)(4) of conditions of release will reasonably assure the appearance of the defendant as required or the safety of the community . This conclusion is based on the findings and analysis of the matters enumerated in the pretrial services report and as stated on the record in open court at the detention hearing.

Accordingly, the defendant is now **DETAINED** and **REMANDED** to the custody of the Attorney General or his designee.

### DIRECTIONS REGARDING DETENTION

**Ryan WIlliams** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **Ryan Williams** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   October 17, 2017                     s/MICHAEL G. GOTSCH, SR.
                                             MICHAEL G. GOTSCH, SR.
                                             UNITED STATES MAGISTRATE JUDGE