# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff | ) | case number:3:17 cr 81 JD |
| | ) | |
| v. | ) | |
| | ) | |
| Ryan Williams | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF WAIVER OF RIGHT TO SPEEDY TRIAL
## PURSUANT TO 18 USC §3161(c)(1) AND WAIVER OF APPEARANCE

I understand that I have been charged with a felony offense and that I have entered a plea of not guilty. As such, I understand that pursuant to 18 USC §3161(c)(1) I have the right to be tried within seventy (70) days from the filing date of the Indictment or from the date I first appeared before a judicial officer, whichever is later.

I further understand I have a right to appear before this Court at any hearing in this matter, particularly any hearing regarding a continuance of the trial date in this matter.

I have fully discussed my rights with my attorney and have been fully advised of same.

I agree to waive my right to a speedy trial in this matter, which is currently set for May 21, 2018, at 9:30 a.m. I furthermore agree to waive my appearance before the Court at any hearing regarding the continuance of the current trial date.

I consent to the Court continuing the current trial date in this matter and consent to the Court hearing the issue and setting a new trial date in my absence.

                                        /s/ Ryan  Williams

William J Stevens
Box 747
Bridgman MI 49106
(269)469-1469
lawyerbill@qrm.net

                               Certificate of Service

     William J Stevens hereby certifies that he filed the foregoing waiver using the court's ECF/CM system on January 23, 2018 that system serves all counsel of record by email.

                                    /s/ William J Stevens