UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 3:17-CR-081 JD |
| ) | |
| RYAN WILLIAMS (04) ) | |

ORDER OF REFERRAL

Pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Fed. R. Crim. P. 11, the above-captioned cause of action is hereby referred to Magistrate Judge Michael G. Gotsch, Sr., to conduct a change of plea hearing and make findings as follows:

> Whether (1) the defendant is competent to enter a plea; (2) the defendant knowingly and voluntarily wishes to enter a plea to the charge(s); (3) the defendant understands the charge(s); (4) there exists a factual basis for the charge(s); and (5) a recommendation as to a plea of guilty should be accepted by the United States District Court Judge.

**Counsel for the defendant and the government are directed to confer and identify available dates and times for the change of plea hearing, and to contact the magistrate judge's chambers to confirm his availability and schedule the hearing.**

SO ORDERED.

ENTERED: July 10, 2018

                                            /s/ JON E. DEGUILIO
                                            Judge
                                            United States District Court